COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 TEXAS
 DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES,
  
                             Appellant,
  
 v.
  
 RODOLFO
 RAMIREZ,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00415-CV
  
 Appeal from the
  
 327th District Court
  
 of El Paso County, Texas
  
 (TC#2001-4432)
 
 




 

MEMORANDUM
OPINION

Pending before the Court is the
appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P.
42.1(a)(1), which states:

In
accordance with a motion of appellant, the court may dismiss the appeal or
affirm the appealed judgment or order unless disposition would prevent a party from seeking relief to which it would otherwise be
entitled.

 

Appellant has complied with the requirements
of Rule 42.1.  The Court has considered
this cause on the appellant=s motion and concludes the motion should be granted and the
appeal should be dismissed.  We therefore
dismiss the appeal.

 

SUSAN
LARSEN, Justice

October 30, 2003

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.